COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Texas Windstorm Insurance Association  v. Randy Jones

Appellate case number:      01-16-00385-CV

Trial court case number:      84166-CV

Trial court:                 239th District Court of Brazoria County, Texas

       Texas Windstorm Insurance Association has filed a petition for permissive appeal. The petition is **GRANTED**.

       Texas Windstorm Insurance Association is deemed to have filed a notice of appeal as of the date of this order. *See* TEX. R. APP. P. 26.1(b), 28.3(k). A separate notice of appeal need not be filed. *See* TEX. R. APP. P. 28.3(k). This appeal is governed by the rules for accelerated appeals. *See id.*

       The Clerk of this Court is instructed to file a copy of this order with the trial court clerk.

       It is so ORDERED.

Judge's signature:  /s/ Russell Lloyd_____
                        Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd

Date:  June 2, 2016_____